FILED
MAR 21 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cr-00158
Judge Robert W. Gettleman
Magistrate Judge Jeffrey T. Gilbert

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 2 1 2023

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVON FREEMAN | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>**UNDER SEAL** |

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about January 23, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

DEVON FREEMAN,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Glock 22 .40 caliber semiautomatic pistol, bearing serial number AALR248, with an attached conversion device, also known as an "auto sear" and "Glock switch," which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock 22 .40 caliber semiautomatic pistol, bearing serial number AALR248, an installed conversion device, commonly known as an "auto sear" and "Glock switch," a magazine, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Scott Edenfield on behalf of the
ACTING UNITED STATES ATTORNEY