1:23-cr-00158
Judge Robert W. Gettleman
Magistrate Judge Jeffrey T. Gilbert

Order Form 01

# United States District Court, Northern District of Illinois

| Name of Assigned Judge Or Magistrate Judge | | Sitting Judge if other than Assigned Judge | Jeffrey I Cummings |
|---|---|---|---|
| **CASE NUMBER** | 23 GJ 143 | **DATE** | March 21, 2023 |
| **CASE TITLE** | U.S. V. DEVON FREEMAN | | |

## UNDER SEAL

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for the SPECIAL NOVEMBER 2022 Session, a quorum being present, returns the above entitled Indictment in open Court this date before Judge or Magistrate Judge _____

THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURUSANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE GOVERNMENT WILL WRIT THE DEFENDANT INTO FEDERAL CUSTODY AT TIME OF ARRAIGNMENT. THE DEFENDANT IS CURRENTLY IN COOK COUNTY CUSTODY.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT THREE (3) COPIES OF THE ARREST WARRANT BE PROVIDED TO ASSISTANT U.S. ATTORNEY MEGAN DONOHUE (MEGAN.DONOHUE@USDOJ.GOV) AND TO ATF SPECIAL AGENT SUSAN BRAY (SUSAN.BRAY@ATF.GOV) IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.

THIS INDICTMENT IS TO REMAIN SEALED UNTIL THE DEFENDANT DEVON FREEMAN IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _____
OR MAGISTRATE JUDGE (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: 

FILED
MAR 21 2023 KPA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1