IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON FREEMAN ,<br><br>Defendant, | Case No.  23-cr-158<br>Judge  Jeffrey T. Gilbert |

## ORDER

Petition for writ of habeas corpus ad prosequendum is granted. Initial appearance and arraignment hearing set for 4/12/23 at 1:30 p.m. before Magistrate Judge Jeffrey T. Gilbert in courtroom 1386.

Date:3/24/2023

Magistrate Judge Jeffrey T. Gilbert