**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON FREEMAN ,<br><br>Defendant, | Case No. 23-cr-158<br>Judge Jeffrey T. Gilbert |

**ORDER**

Petition for writ of habeas corpus ad prosequendum is granted. Initial appearance and arraignment hearing set for 4/11/23 at 1:00 p.m. before Magistrate Judge Jeffrey T. Gilbert in courtroom 1386.

Date:3/30/2023

Magistrate Judge Jeffrey T. Gilbert