UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Devon Freeman | No. 23 CR 158<br>Hon. Jeffrey T. Gilbert |

ORDER

Initial appearance and arraignment proceedings held on 4/11/23. Defendant appears in response to Writ of Habeas Corpus Ad Prosequendum. Donna Hickstein-Foley of the Federal Defender Panel is assigned as counsel for Defendant. Defendant was informed of the charges in the Indictment, the maximum penalties provided by law, and his rights. Defendant waived a formal reading of the Indictment and entered a plea of not guilty to each charge and all counts of the Indictment in which he is named. The Court sets the following schedule: Rule 16.1(a) conference to be conducted ASAP. Telephonic hearing before Judge Gettleman set for 5/2/2023 at 9:00 a.m. on the Webex platform. Parties will not be asked to start their video. Members of the public and media may listen to these proceedings by dialing (650) 479-3207 the meeting number, access code, or PIN/ID is 1809883385. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. On the Government's oral motion, and Defendant not objecting, the Court finds that the time from 4/11/23 through 5/2/23 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation. The Government orally moves for a detention hearing pursuant to 18 U.S.C. 3142(f)(2)(A) and 3142(f)(2)(B). Defendant requests a detention hearing. Accordingly, the Government's oral motion for a detention hearing is granted. In accordance with 18 U.S.C. § 3142(f), for good cause shown and by agreement of the parties, a detention hearing is set for 4/18/23 at 11:00 a.m. in Courtroom 1386. As provided by 18 U.S.C. § 3142(f), Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirmed the government's obligation to disclose favorable

evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. On the Government's oral motion, case ordered unsealed. X-T
 Time 00:20

Date: 4/11/23

Jeffrey T. Gilbert
United States Magistrate Judge