# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

Defendant.
**Devon Freeman**

Case Number **23 CR 158**

Judge **Mag. Gilbert**

## ORDER APPOINTING COUNSEL UNDER CJA

Name of Appointed Attorney: **Donna Hickstein-Foley**

Person Represented: **Devon Freeman**   Defendant number: **1**   Under SEAL: YES or **NO**

Payment Category: **FELONY**   MISDEMEANOR   Type of Person Represented: **ADULT**   JUVENILE   OTHER
OTHER   PETTY OFFENSE

Representation Type:   BP   **CC**   CF   CH   DRI   EW   EX   HC   JU   MA   JRV   JHB
MC   ML   NT   OT   PA   PR   PT   SR   WI   WW

Court Order:
**APPOINTING COUNSEL**   CO-COUNSEL   STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER   SUBS FOR PANEL ATTORNEY   SUBS FOR RETAINED ATTORNEY

Prior Attorney's name: _____

If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

Signature of Presiding Judge: _[signature]_

Date of Order: **4/11/23**   Nunc Pro Tunc Date: _____ or **NONE**

## ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

Expected to exceed:   YES   NO

Prior Authorization Approved:   YES   NO

Signature of Presiding Judge: _____

Date of Order: _____   Nunc Pro Tunc Date: _____ or NONE