UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 CR 158 |
| v. | Hon. Jeffrey T. Gilbert |
| Devon Freeman | |

ORDER

Case called for detention hearing on 4/18/23. Defendant informed the Court that, at this time, he waives his right to a detention hearing without prejudice to his ability to contest detention in the future. For these reasons, the Government's unopposed oral motion to detain Defendant is granted without prejudice. Because the motion is unopposed, the Court makes no finding as to serious risk of flight, danger to the community or any other statutory factor that is relevant to the issue of release or detention under 18 U.S.C. § 3142. The Court's order is without prejudice to Defendant contesting detention and raising the issue of release at a later time if he so chooses. Pursuant to 18 U.S.C. § 3142(f), Defendant and shall remain in custody. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. Time 00:10

Date: 4/18/23

Jeffrey T. Gilbert
United States Magistrate Judge