# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                                              Case No.: 1:23−cr−00158

                                                                     Honorable Robert W. Gettleman

Devon Freeman

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 27, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman as to Devon Freeman: At the government's request and by agreement, telephonic hearing set for 5/2/2023 at 9:00 a.m. is stricken and reset to 10:15 a.m. (TIME CHANGE ONLY). Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.