## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Devon Freeman

Defendant.

Case No.: 1:23−cr−00158
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 2, 2023:

MINUTE entry before the Honorable Robert W. Gettleman as to Devon Freeman: Telephonic hearing held on 5/2/2023. Defendant is in custody, did not appear and his presence was waived. Government advised that all discovery has been disclosed to the defendant. Defense counsel advised defendant will file a motion challenging the constitutionality of the statute upon which the defendant is charged. Defendant's motion due by 5/8/2023; government's response due by 5/22/2023. Telephonic hearing set for 6/1/2023 at 9:30 a.m. on the Webex platform. Parties will not be asked to start their video. Members of the public and media may listen to these proceedings by dialing (650) 479−3207 the meeting number, access code, or PIN/ID is 1809883385. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. By agreement, the Court deems the period of time from 5/2/2023 to 6/1/2023 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice to address pre−trial motions. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.