IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 23-158 |
| | ) | |
| DEVON FREEMAN, | ) | Honorable Robert Gettleman, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

To:    Megan Donohue
       Assistant U.S. Attorney
       219 South Dearborn
       Chicago, IL 60604

    Donna Hickstein-Foley, an attorney, certifies she served to the above captioned party the Defendant's Motion to Dismiss the Indictment by electronic service on Wednesday, May 3, 2023 before the hour of 9:30 a.m.

                                                      Ss//Donna Hickstein-Foley
                                                        Attorney for the Defendant

9644 South Hamilton
Chicago, IL 60643-1631
773 881 3800