# EXHIBIT A

**Federal District Court Rulings Upholding Constitutionality of 18 U.S.C. § 922(g)(1) Following *New York State Rifle & Pistol Ass'n v. Bruen,* 142 S. Ct. 2111 (2022)**

*United States v. Maurice*, No. 7:22-cr-48 (S.D.N.Y. Jul. 14, 2022)

*United States v. Doss*, No. 4:21-cr-74, Dkt. No 126 (S.D. Iowa Aug. 2, 2022)

*United States v. Ramos*, No. 2:21-cr-395, Dkt. No. 31 (C.D. Cal. Aug. 5, 2022)

*United States v. Adams*, No. 1:20-cr-628 (S.D.N.Y. Aug. 10, 2022)

*United States v. Farris*, No. 1:22-cr-149, Dkt. No. 29 (D. Colo. Aug. 12, 2022)

*United States v. Nevens*, No. 2:19-cr-774, Dkt. No. 121 (C.D. Cal. Aug. 15, 2022)

*United States v. Ingram*, No. 0:18-cr-557, Dkt. No. 1714, 2022 WL 3691350 (D. S.C. Aug. 25, 2022)

*United States v. Randle*, No. 3:22-cr-20, Dkt. No. 34 (S.D. Miss. Sept. 6, 2022)

*United States v. Burrell*, No. 3:21-cr-20395, Dkt. No. 34, 2022 WL 4096865 (E.D. Mich. Sept. 7, 2022)

*United States v. Patterson*, No. 7:19-cr-231 (S.D.N.Y. Sept. 9, 2022)

*United States v. Doty*, No. 5:21-cr-21, Dkt. No. 34 (N.D. W.Va. Sept. 9, 2022)

*United States v. Harper*, No. 5:21-cr-4085, Dkt. No. 39, 2022 WL 8288406 (N.D. Iowa Sept. 9, 2022)

*United States v. Havins*, No. 3:21-cr-1515, Dkt. No. 62 (S.D. Cal. Sept. 12, 2022)

*United States v. Cockerham*, No. 5:21-cr-6, Dkt. No. 31 (S.D. Miss. Sept. 13, 2022)

*United States v. Jackson*, No. 0:21-cr-51, Dkt. No. 114, 2022 WL 4226229 (D. Minn. Sept. 13, 2022)

*United States v. Rojo*, No. 3:21-cr-682, Dkt. No. 50 (S.D. Cal. Sept. 14, 2022)

*United States v. Hill*, No. 3:21-cr-107, Dkt. No. 70, 2022 WL 4361917 (S.D. Cal. Sept. 20, 2022)

*United States v. Coombes*, No. 4:22-cr-189, Dkt. No. 39, 2022 WL 4367056 (N.D. Okla. Sept. 21, 2022)

*United States v. Delpriore*, No. 3:18-cr-136, Dkt. No. 287 (D. Ak. Sept. 23, 2022)

*United States v. Collette*, No. 7:22-cr-141, Dkt. No. 66, 2022 WL 4476790 (W.D. Tex. Sept. 25, 2022)

*United States v. Perez*, No. 3:21-cr-508, Dkt. No. 78 (S.D. Cal. Sept. 26, 2022);

*United States v. Siddoway*, No. 1:21-cr-205, Dkt. No. 54, 2022 WL 4482739 (D. Idaho Sept. 27, 2022)

*United States v. Campbell*, No. 5:22-cr-138, Dkt. No. 64 (W.D. Okla. Sept. 27, 2022)

*United States v. Williams*, No. 3:21-cr-478, Dkt. No. 76 (S.D. Cal. Sept. 30, 2022)

*United States v. Charles*, No. 7:22-cr-154, Dkt. No. 48, 2022 WL 4913900 (W.D. Tex. Oct. 3, 2022)

*United States v. Daniels*, No. 1:03-cr-83, Dkt. No. 69, 2022 WL 5027574 (W.D.N.C. Oct. 4, 2022)

*United States v. King*, No. 7:21-cr-255, Dkt. No. 50, 2022 WL 5240928 (S.D.N.Y. Oct. 6, 2022)

*United States v. Price*, No. 2:22-cr-97, Dkt. No. 48, 2022 WL 6968457 (S.D. W.Va. Oct. 12, 2022)

*United States v. Riley*, No. 1:22-cr-163, Dkt. No. 37, 2022 WL 7610264 (E.D. Va. Oct. 13, 2022)

*United States v. Carrero*, No. 2:22-cr-30, Dkt. No. 50, 2022 WL 9348792 (D. Utah Oct. 14, 2022)

*United States v. Ortiz*, No. 3:21-cr-2503, Dkt. No. 91 (S.D. Cal. Oct. 14, 2022)

*United States v. Raheem*, No. 3:20-cr-61, Dkt. No. 389, 2022 WL 10177684 (W.D. Ky. Oct. 17, 2022)

*United States v. Ridgeway*, No. 3:22-cr-175, Dkt. No. 32, 2022 WL 10198823 (S.D. Cal. Oct. 17, 2022)

*United States v. Trinidad*, No. 3:21-cr-398, Dkt. No. 99, 2022 WL 10067519 (D.P.R. Oct. 17, 2022)

*United States v. Minter*, No. 3:22-cr-135, Dkt. No. 33 (M.D. Pa. Oct. 18, 2022)

*United States v. Melendrez-Machado*, No. 3:22-cr-634, Dkt. No. 32, 2022 WL 17684319, (W.D. Tex. Oct. 18, 2022)

*United States v. Borne*, No. 1:22-cr-83, Dkt. No. 35 (D. Wyo. Oct. 24, 2022)

*United States v. Law*, No. 2:20-cr-341, Dkt. No. 60 (W.D. Pa. Oct. 27, 2022)

*United States v. Burton*, No. 3:22-cr-362, Dkt. No. 48 (D. S.C. Oct. 28, 2022)

*United States v. Carleson*, No. 3:22-cr-32, Dkt. No. 39 (D. Ak. Oct. 28, 2022)

*United States v. Grant*, No. 3:22-cr-161, Dkt. No. 44, 2022 WL 16541138 (D. S.C. Oct. 28, 2022)

*Walker v. United States*, No. 3:20-cv-31, Dkt No. 16, 2022 WL 16855696 (S.D. Cal. Oct. 28, 2022)

*United States v. Butts*, No. 9:22-cr-33, Dkt. No. 33 (D. Mont. Oct. 31, 2022)

*United States v. Young*, No. 2:22-cr-54, Dkt. No. 47 (W.D. Pa. Nov. 7, 2022)

*United States v. Reese*, No. 2:19-cr-257, Dkt. No. 193 (W.D. Pa. Nov. 8, 2022)

*United States v. Moore*, No. 2:21-cr-121, Dkt. No. 81 (W.D. Pa. Nov. 9, 2022)

*United States v. Carpenter*, No. 1:21-cr-86, Dkt. No. 38, 2022 WL 16855533 (D. Utah Nov. 10, 2022)

*United States v. Gray*, No. 1:22-cr-247, Dkt. No. 22, 2022 WL 16855696 (D. Colo. Nov. 10, 2022)

*United States v. Baker*, No. 2:20-cr-301, Dkt. No. 179, 2022 WL 16855423 (D. Utah Nov. 10, 2022)

*United States v. Dumont,* No. 1:22-cr-53 (D. N.H. Nov. 14, 2022 (oral order))

*United States v. Hill*, No. 4:22-cr-249, Dkt. No. 42 (S.D. Tex. Nov. 17, 2022)

*United States v. Blackburn*, No. 1:22-cr-209, Dkt. No. 28 (M.D. Pa. Nov. 17, 2022)

*United States v. Mitchell*, No. 1:22-cr-111, Dkt. No. 43 (S.D. Ala. Nov. 17, 2022)

*United States v. Brunson*, No. 3:22-cr-149, Dkt. No. 66 (S.D. Cal. Nov. 18, 2022)

*United States v. Teerlink*, No. 2:22-cr-24, Dkt. No. 33, 2022 WL 17093425 (D. Utah Nov. 21, 2022)

*United States v. Willis*, No. 1:22-cr-186, Dkt. No. 36 (D. Colo. Nov. 23, 2022)

*United States v. Jacobs*, No. 2:22-cr-160, Dkt. No. 28 (C.D. Cal. Nov. 28, 2022)

*United States v. Cage*, No. 3:21-cr-68, Dkt. No. 41, 2022 WL 17254319 (S.D. Miss. Nov. 28, 2022)

*United States v. Ford*, No. 4:21-cr-179, Dkt. No. 52, 2022 WL 17327499 (W.D. Mo. Nov. 29, 2022)

*United States v. Jones*, No. 4:20-cr-354, Dkt. No. 78, 2022 WL 17327498 (W.D. Mo. Nov. 29, 2022)

*United States v. Glaze*, No. 5:22-cr-425, Dkt. No. 23 (W.D. Okla. Dec. 1, 2022)

*United States v. Grinage*, No. 5:21-cr-399, Dkt. No. 51, 2022 WL 17420390 (W.D. Tex. Dec. 5, 2022)

*United States v. Wagoner*, No. 4:20-cr-18, Dkt. No. 262, 2022 WL 17418000 (W.D. Va. Dec. 5, 2022)

*United States v. Gay*, No. 4:20-cr-40026, Dkt. No. 412 (C.D. Ill. Dec. 5, 2022)

*Shelby-Journey-Egnis v. United States*, No. 2:21-cr-20535, Dkt. No. 53 (E.D. Mich. Dec. 5. 2022)

*United States v. Perez-Garcia*, No. 3:22-cr-1581, Dkt. No. 70 (S.D. Cal. Dec. 6, 2022)

*United States v. Walker,* No. 2:19-cr-234, Dkt. No. 83 (E.D. Cal. Dec. 6, 2022)

*United States v. Fencl*, No. 3:21-cr-3101, Dkt. No. 81 (S.D. Cal. Dec. 7, 2022)

*United States v. Tran*, No. 3:22-cr-331, Dkt. No. 63 (S.D. Cal. Dec. 12, 2022)

*United States v. Dotson*, No. 3:22-cr-1502, Dkt. No. 26 (S.D. Cal. Dec. 12, 2022)

*United States v. Spencer*, No. 2:22-cr-106, Dkt. No. 141, 2022 WL 17585782 (E.D. Va. Dec. 12, 2022)

*United States v. Hunter*, No. 1:22-cr-84, Dkt. No. 23, 2022 WL 17640254 (N.D. Ala. Dec. 13, 2022)

*United States v. Roux,* No. 1:22-cr-19 (D. N.H. Dec. 16, 2022 (oral order))

*United States v. Mugavero*, No. 3:22-cr-1716, Dkt. No. 29 (S.D. Cal. Dec. 19, 2022)

*United States v. Goins*, No. 5:22-cr-91, Dkt. No. 32 (E.D.Ky. Dec. 21, 2022)

*United States v. Dawson*, No. 3:21-cr-293, Dkt. No. 19, 2022 WL 17839807 (W.D.N.C. Dec. 21, 2022)

*United States v. Williams*, No. 1:21-cr-362, Dkt. No. 29, 2022 WL 17852517 (N.D. Ga. Dec. 22, 2022)

*United States v. Jones*, No. 5:22-cr-376, Dkt. No. 59 (W.D. Okla. Dec. 23, 2022)

*United States v. Wondra*, No. 1:22-cr-99, Dkt. No. 35, 2022 WL 17975985 (D. Idaho Dec. 27, 2022)

*United States v. Good*, No. 1:21-cr-180, 2022 WL 18107183 (W.D. Mo. Nov. 18, 2022), report and recommendation adopted, 2023 WL 25725 (W.D. Mo. Jan. 3, 2023)

*United States v. Olson*, No. 1:22-cr-20525, Dkt. No. 33 (S.D. Fla. Jan. 5, 2023)

*United States v. Coleman*, No. 3:22-cr-8, Dkt. No. 117, 2023 WL 122401 (N.D. W.Va. Jan. 6, 2023)

*United States v. Medrano*, No. 3:21-cr-39, Dkt. No. 65, 2023 WL 122650 (N.D. W.Va. Jan. 6, 2023)

*Campiti v. Garland*, No. 3:22-cv-177, Dkt. No. 27 (D. Conn. Jan. 10, 2023)

*United States v. Garrett*, No. 1:18-cr-880, Dkt. No. 144 (N.D. Ill. Jan. 11, 2023)

*United States v. Moore*, No. 3:20-cr-474, Dkt. No. 100, 2023 WL 154588 (D. Or. Jan. 11, 2023)

*United States v. Jordan*, No. 3:22-cr-1140, Dkt. No. 39, 2023 WL 157789 (W.D. Tex. Jan. 11, 2023)

*United States v. Whittaker*, No. 1:22-cr-272, Dkt. No. 33 (D.D.C. Jan. 12, 2023)

*United States v. Spencer*, No. 2:22-cr-561, Dkt. No. 24 (S.D. Tex. Jan 12, 2023)

*United States v. Tucker*, No. 2:22-cr-17, Dkt. No. 30, 2023 WL 205300 (S.D. W.Va. Jan. 17, 2023)

*United States v. Robinson*, No. 4:22-cr-70, Dkt. No. 39, 2023 WL 214163 (W.D. Mo. Jan. 17, 2023)

*United States v. Serrano*, No. 3:21-cr-1590, Dkt. No. 65 (S.D. Cal. Jan. 17, 2023)

*United States v. Robinson,* No. 4:22-cr-70, Dkt. No. 39 (W.D. Mo. Jan 17, 2023)

*United States v. Smith*, No. 2:19-cr-505, Dkt. No. 183 (C.D. Cal. Jan. 19, 2023)

*Battles v. United States*, No. 4:23-cv-63, Dkt. No. 2, 2023 WL 346002 (E.D. Mo. Jan. 20, 2023)

*United States v. Gordon*, No. 1:14-cr-312, Dkt. No. 170, 1:22-cv-2949, Dkt. No. 3, 2023 WL 336137 (N.D. Ga. Jan. 20, 2023)

*Shipley v. Hijar*, No. 3:23-cv-11, Dkt. No. 3, 2023 WL 353994 (W.D. Tex. Jan. 20, 2023)

*Davis v. United States*, No. 5:22-cv-224, Dkt. No. 1, 2023 WL 373172 (E.D. Ky. Jan. 24, 2023)

*United States v. Rush*, No. 4:22-cr-40008, Dkt. No. 46, 2023 WL 403774 (S.D. Ill. Jan. 25, 2023)

*United States v. Hester*, No. 1:22-cr-20333, Dkt. No. 39 (S.D. Fla. Jan. 26, 2023)

*United States v. Brown*, No. 2:20-cr-260, Dkt. No. 186, 2023 WL 424260 (E.D. Pa. Jan. 26, 2023)

*United States v. Barber*, No. 4:20-cr-384, Dkt. No. 118, 2023 WL 1073667 (E.D. Tex. Jan. 27, 2023)

*United States v. Isaac*, No. 5:22-cr-117, Dkt. No. 27, 2023 WL 1415597 (N.D. Ala. Jan. 31, 2023)

*United States v. Taylor*, No. 3:22-cr-22, Dkt. No. 32, 2023 WL 1423725 (E.D. Ky. Jan. 31, 2023)

*United States v. Bacchus*, No. 2:22-cr-450, Dkt. No. 28 (C.D. Cal. Feb. 2, 2023)

*United States v. Gleaves*, No. 3:22-cr-14, Dkt. No. 116 (M.D. Tenn. Feb. 6, 2023)

*United States v. Price*, No. 1:21-cr-164, 2023 WL 1970251 (N.D. Ill. Feb. 13, 2023)

*United States v. Ross*, No. 2:22-cr-20049, Dkt. No. 34, (E.D. Mich. Feb. 15, 2023)

*United States v. Barber*, No. 3:22-cr-65, Dkt. No. 58, (D. Ak. Feb. 21, 2023)

*United States v. Barber,* No. 3:22-cr-65, Dkt. No. 58 (D. Ak. Feb 21, 2023)

*United States v. Smith*, No. 2:22-cr-20351, Dkt. No. 35, (E.D. Mich. Feb. 24, 2023)

*United States v. Beard*, No. 4:22-cr-92, Dkt. No. 60, (S.D. Tex. Feb. 27, 2023)

*United States v. Barnes*, No. 1:22-cr-43, Dkt. No. 42, (S.D.N.Y. Feb. 28, 2023)

*United States v. Belin*, No. 1:21-cr-10040, Dkt. No. 65, (D. Mass. March 2, 2023)

*United States v. Clark*, No. 1:20-cr-49, Dkt. No. 61, (N.D. Ind. March 2, 2023)

*United States v. Braster*, No. 1:20-cr-66, Dkt. No. 42, (N.D. Ind. March 2, 2023)

*United States v. Price*, No. 1:19-cr-824, Dkt. No 105, (N.D. Ill. March 3, 2023)

*United States v. Therrien*, No. 1:21-cr-10323, Dkt. No. 88, (D. Mass. March 6, 2023)

*United States v. Lindsey*, No. 4:22-cr-138, Dkt. No. 25, (S.D. Iowa March 10, 2023)

*United States v. Tribble*, No. 2:22-cr-85, Dkt. No. 48, (N.D. Ind. March 10, 2023)

*Leonard v. United States*, No. 1:22-cv-22670, Dkt. No. 15, (S.D. Fla. March 10, 2023)

*United States v. Davis*, No. 1:21-cr-206, Dkt. No. 86, (E.D. Cal. March 14, 2023)

*United States v. Kilgore*, No. 1:21-cr-277, Dkt. No. 40, (E.D. Cal. March 14, 2023)

*United States v. Davis*, No. 1:23-cr-10018, Dkt. No. 49, (D. Mass March 17, 2023)

*United States v. Rice*, No. 3:22-cr-36, Dkt. No. 40, (N.D. Ind. March 17, 2023)

*United States v. Pena*, No. 2:22-cr-366, Dkt. No. 95, (C.D. Cal. March 21, 2023)

*United States v. Hoeft*, No. 4:21-cr-40163, Dkt. No. 103, (D. S.D. March 21, 2023)

*United States v. Dixon*, No. 1:22-cr-140, Dkt. No. 76, (N.D. Ill. March 28, 2023)

*United States v. Guthery*, No. 2:22-cr-173, Dkt. No. 49, (E.D. Cal. March 29, 2023)

*United States v. Finney*, No. 2:23-cr-13, Dkt. No. 23, (E.D. Va. March 29, 2023)

*United States v. Walker*, No. 2:22-cr-17, Dkt. No. 34, (E.D. Cal. April 11, 2023)

*United States v. Payne*, No. 4:22-cr-173, Dkt. No. 24, (S.D. Tex. April 12, 2023)

*United States v. Cummings,* No. 1:22-cr-51, Dkt. No. 49 (N.D. Ind. April 20, 2023)

*United States v. Villalobos,* No. 19-cr-40, Dkt. No. 107 (D. Id. April 21, 2023)

*United States v. Williams,* No. 19-cr-66, Dkt. No. 192 (N.D. Ill. April 21, 2023)

*United States v. Thomas,* No. 2:23-cr-20036, Dkt. No. 27 (E.D. Mi. April 25, 2023)

*United States v. McIlwain,* No. 2:23-cr-20012, Dkt. No. 28 (E.D. Mi. April 26, 2023)

*United States v. Taylor,* No. 22-cr-20315, Dkt. No. 36 (E.D. Mi. April 26, 2023)

*United States v. Thompson,* No. 22-cr-173, Dkt. No. 52 (E.D. La. April 27, 2023)

*United States v. Murphy & Williams,* No. 22-cr-121, Dkt. No. 43 (N.D. Ill. May 3, 2023)

*United States v. Hazley,* No. 22-cr-20612, Dkt. No. 33 (E.D. Mi. May 5, 2023)

*United States v. Bluer,* No. 22-cr-20557, Dkt. No. 27 (E.D. Mi. May 8, 2023)

*United States v. Carter,* No. 22-cr-20477, Dkt. No. 51 (E.D. Mi. May 9, 2023)

*United States v. Meyer,* No. 22-cr-10012, Dkt. No. 53 (S.D. Fl. May 9, 2023)

*United States v. Ware,* No. 22-cr-30096, Dkt. No. 51 (S.D. Ill. May 19, 2023)

*United States v. Alvin,* No. 22-cr-20244, Dkt. No. 105 (S.D. Fl. May 22, 2023)

*United States v. Lowry,* No. 1:22-cr-10031, Dkt. No. 85 (D. S.D. May 22, 2023)

*United States v. Martinez,* No. 2:21-cr-219, Dkt. No. 67 (D. Nev. May 22, 2023)

*United States v. Haywood,* No. 22-cr-20417, Dkt. No. 44 (E.D. Mi. May 25, 2023)

*United States v. Hickman,* No. 3:22-cr-125, Dkt. No. 27 (W.D. Ky. May 26, 2023)

*Montes v. United States,* No. 5:18-cr-287, Dkt. No. 165 (S.D. Tex. May 26, 2023)

*United States v. Parker,* No. 3:22-cr-82, Dkt. No. 24 (W.D. Ky. May 26, 2023)

*United States v. Giambro,* No. 2:22-cr-44, Dkt. No. 126 (D. Me. May 30, 2023)

*United States v. Jackson,* No. 2:22-cr-20628, Dkt. No. 30 (E.D. Mi. May 31, 2023)

*United States v. Gallegos,* No. 1:22-cr-16, Dkt. No. 48 (D. Id. June 2, 2023)

*United States v. Hale,* No. 2:22-cr-131, Dkt. No. 50 (E.D. La. June 6, 2023)

*United States v. Hampton,* No. 21-cr-766, Dkt. No. 128 (S.D.N.Y. June 9, 2023)

*United States v. Kearney,* No. 4:23-cr-29, Dkt. No. 24 (E.D. Va. June 9, 2023)

*United States v. Bulltail,* No. 22-cr-86, Dkt. No. 90 (D. Mon. June 12, 2023)

*United States v. Alvin,* No. 1:22-cr-20244, Dkt. No. 111 (S.D. Fl. June 13, 2023)

*United States v. Palmore,* No. 7:23-cr-3, Dkt. No. 48 (M.D. Ga. June 16, 2023)

*United States v. Pineda,* No. 6:21-cr-482, Dkt. No. 33 (D. Or. June 16, 2023)

*United States v. Hansen,* No. 4:18-cr-3140, Dkt. No. 182 (D. Neb. June 22, 2023)

*United States v. Hernandez,* No. 3:23-cr-56, Dkt. No. 27 (N.D. Tex. June 23, 2023)

*United States v. Estrada,* No. 1:22-cr-256, Dkt. No. 33 (D. Id. June 26, 2023)

*United States v. Jordan,* No. 1:23-cr-159, Dkt. No. 29 (N.D. Ohio June 29, 2023)

*United States v. Nelson,* No. 2:22-cr-20512, Dkt. No. 42 (E.D. Mi. June 29, 2023)

*United States v. Keels,* No. 2:23-cr-20085, Dkt. No. 40 (E.D. Mi. June 30, 2023)

*United States v. Nicks,* No. 5:23-cv-2, Dkt. No. 11 (W.D. N.C. July 5, 2023)

*United States v. Mashburn,* No. 22-cr-190, Dkt. No. 17 (S.D. Al. July 6, 2023)

*United States v. Ray,* No. 3:21-cr-57, Dkt. No. 129 (S.D. W.V. July 6, 2023)

*Parks, Jr. v. United States,* No. 1:23-cv-80, Dkt. No. 2 (S.D. Ga. July 7, 2023)