# EXHIBIT B

**England Firearm Disqualification Laws.**

| Year | Jurisdiction | Source | Available at |
|---|---|---|---|
| 1689[1] | England | 1 W. & M., Sess. 1, c. 15, in 6 *The Statutes of the Realm* 71-73 (1688) | https://heinonline.org/HOL/Page?handle=hein.engrep/realm0006&id=95&collection=engrep |
| 1689[2] | England | 1 W. & M., Sess. 2, c. 2, in 6 *The Statutes of the Realm* 143 (1688) | https://heinonline.org/HOL/Page?handle=hein.engrep/realm0006&id=169&collection=engrep |

**Colonial America Firearm Disqualification Laws.**

| Year | Jurisdiction | Source | Available at |
|---|---|---|---|
| 1639 | New Netherland | *Laws and Ordinances of New Netherland, 1638-1674*, at 18-19 (1868) | https://go.gale.com/ps/i.do?p=GDCS&u=wash50473&id=GALE|DT0102502152&v=2.1&it=r&sid=bookmarkGDCS&sPage=50&asid=b64b52ae |
| 1643 | Va. | 1 *The Statutes at Large; Being A Collection of All the Laws of Virginia* 255-56 (1823) | https://go.gale.com/ps/i.do?p=MMLP&u=wash50473&id=GALE|DT0104280545&v=2.1&it=r&sid=bookmarkMMLP&sPage=279&asid=79e81a61 |
| 1675 | Plymouth | 5 *Records Of The Colony Of New Plymouth* 173 (1856) | https://heinonline.org/HOL/Page?handle=hein.amindian/recnply0003&id=183&collection=amindian |

---

[1] *See* 14 *Journals of the House of Lords 1685-1691*, at 208-09 (1767-1830) (reflecting enactment on May 11, 1689), *available at* https://www.british- history.ac.uk/lords-jrnl/vol14/pp208-209.

[2] *See Bill of Rights [1688]*, https://www.legislation.gov.uk/aep/WillandMarSess2/1/2 (reflecting enactment on December 16, 1689).

| 1677 | R.I. | 2 *Records of the Colony of Rhode Island and Providence Plantations* 561 (1857) | https://go.gale.com/ps/i.do?p=GDCS&u=wash50473&id=GALE\|DT0103439491&v=2.1&it=r&sid=bookmarkGDCS&sPage=563&asid=fde7442e |
|---|---|---|---|
| 1680 | Va. | 2 *The Statutes at Large; Being A Collection of All the Laws of Virginia* 481-82 (1823) | https://go.gale.com/ps/i.do?p=MMLP&u=wash50473&id=GALE\|DT0104281169&v=2.1&it=r&sid=bookmarkMMLP&sPage=479&asid=bfee8024 |
| 1694 | N.J. | *Grants, Concessions, and Original Constitutions of the Province of New Jersey: The Acts Passed During the Proprietary Governments, and Other Material Transactions Before the Surrender Thereof to Queen Anne* 341 (1753) | https://heinonline.org/HOL/Page?handle=hein.sstatutes/grcopna0001&id=345&collection=ssl |
| 1706 | Pa. | 2 *The Statutes at Large of Pennsylvania from 1682 to 1801*, at 235 (1896) | https://heinonline.org/HOL/Page?handle=hein.sstatutes/statspa0002&id=239&collection=sstatutes |
| 1715 | Md. | 1 *The Laws of Maryland, With The Charter, The Bill of Rights, The Constitution of The State, and Its Alterations, The Declaration Of Independence, And The Constitution Of The United States, And Its Amendments* 117-18 (1811) | https://go.gale.com/ps/i.do?p=GDCS&u=wash50473&id=GALE\|DT0103667334&v=2.1&it=r&sid=bookmarkGDCS&sPage=121&asid=4975a4cc |
| 1723 | Conn. | 6 *The Public Records Of The Colony Of Connecticut* 381-82 (1872) | https://go.gale.com/ps/i.do?p=GDCS&u=wash50473&id=GALE\|DT0103715440&v=2.1&it=r&sid=bookmarkGDCS&sPage=385&asid=90765624 |

| 1730 | N.Y. | *Laws of New York From The Year 1691 to 1773*, at 199 (1752) | https://heinonline.org/HOL/Page?handle=hein.nysstatutes/lofney0001&id=211&collection=ssl |
| 1753 | N.C. | *A Complete Revisal of All the Acts of Assembly, of the Province of North-Carolina, Now in Force and Use* 152-54 (1773) | https://heinonline.org/HOL/Page?handle=hein.sstatutes/comprevnc0001&id=166&collection=ssl |
| 1763 | Pa. | 6 *The Statutes at Large of Pennsylvania from 1682 to 1801*, at 319-20 (1899) | https://heinonline.org/HOL/Page?handle=hein.sstatutes/statspa0006&id=319&collection=sstatutes |
| 1768 | Ga. | *Digest of the Laws of the State of Georgia From Its First Establishment as a British Province Down to the Year 1798, Inclusive, and the Principal Acts of 1799*, at 153-55 (1800) | https://heinonline.org/HOL/Page?handle=hein.sstatutes/dbripg0001&id=161&collection=ssl |

**Revolutionary War Firearm Disqualification Laws.**

| Year | Jurisdiction | Source | Available at |
| --- | --- | --- | --- |
| 1775 | Conn. | The *Public Records of the Colony of Connecticut From May, 1775 to June, 1776*, at 193 (1890) | https://heinonline.org/HOL/Page?handle=hein.beal/purecoco0015&id=197&collection=beal |
| 1776 | Continental Congress | 4 *Journals of the Continental Congress 1774-1789*, at 205 (1906) | https://heinonline.org/HOL/Page?handle=hein.congrec/jcc0004&id=205&collection=congrec |
| 1776 | Mass. | 5 *The Acts and Resolves, Public and Private, of the Province of the Massachusetts Bay* 479-84 (1886) | https://heinonline.org/HOL/Page?handle=hein.sstatutes/actresp0005&id=479&collection=sstatutes |

3

| | | | |
|---|---|---|---|
| 1776 | R.I. | 7 *Records of the Colony of Rhode Island and Providence Plantations in New England* 567 (1862) | https://go.gale.com/ps/i.do?p=MMLP&u=wash50473&id=GALE|DT0103713235&v=2.1&it=r&sid=bookmarkMMLP&sPage=571&asid=26014800 |
| 1777 | N.C. | 1 *The Public Acts of the General Assembly of North Carolina* 231 (1804) | https://heinonline.org/HOL/Page?handle=hein.sstatutes/pbactnc0001&id=235&collection=sstatutes |
| 1777 | N.J. | *Acts of the General Assembly of the State of New-Jersey at a Session Begun on the 27th Day of August, 1776*, at 90 (1777) | https://heinonline.org/HOL/Page?handle=hein.ssl/ssnj0219&id=10&collection=ssl |
| 1777 | Pa. | 9 *The Statutes at Large of Pennsylvania from 1682 to 1801*, at 112-13 (1903) | https://heinonline.org/HOL/Page?handle=hein.sstatutes/statspa0009&id=112&collection=sstatutes |
| 1777 | Va. | 9 *The Statutes at Large; Being A Collection of All the Laws of Virginia* 282 (1821) | https://heinonline.org/HOL/Page?handle=hein.ssl/slrgvir0009&id=282&collection=ssl |
| ***State Constitutional Provisions Cited.*** | | | |
| 1776 | Pa. | Pa. Declaration of Rights of 1776 § XIII, *in The Complete Bill of Rights: The Drafts, Debates, Sources, And Origins* 278 (Neil Cogan ed., Oxford University Press 2d ed., 2014) | https://search.ebscohost.com/login.aspx?direct=true&db=nlebk&AN=1000454&site=eds-live&ebv=EB&ppid=pp_278 |
| 1776 | N.C. | N.C. Declaration of Rights of 1776 § XVII, *in The Complete Bill of Rights*, *supra*, at 277-78 | https://search.ebscohost.com/login.aspx?direct=true&db=nlebk&AN=1000454&site=eds-live&ebv=EB&ppid=pp_277 |

| 1780 | Mass. | Mass. Const. of 1780, pt. I, art. XVII, *in The Complete Bill of Rights*, *supra*, at 277 | https://search.ebscohost.com/login.aspx?direct=true&db=nlebk&AN=1000454&site=eds-live&ebv=EB&ppid=pp_277 |

**Ratification Debates Sources.**

| Year | Jurisdiction | Source | Available at |
| --- | --- | --- | --- |
| 1787 | Pa. | 2 Bernard Schwartz, *The Bill of Rights: A Documentary History* 665 (1971) | https://heinonline.org/HOL/Page?handle=hein.beal/blorhs0002&id=51&collection=beal |
| 1788 | Mass. | 2 Schwartz, *supra*, at 681 | https://heinonline.org/HOL/Page?handle=hein.beal/blorhs0002&id=67&collection=beal |
| 1788 | N.H. | 2 Schwartz, *supra*, at 761 | https://heinonline.org/HOL/Page?handle=hein.beal/blorhs0002&id=147&collection=beal |

**Felony Punishment Laws.**

| Year | Jurisdiction | Source | Available at |
| --- | --- | --- | --- |
| N/A | England | 4 William Blackstone, *Commentaries on the Laws of England* 95 (1769) | https://heinonline.org/HOL/Page?handle=hein.beal/blakston0004&id=103&collection=beal |
| 1700 | Pa. | 2 *The Statutes at Large of Pennsylvania from 1682 to 1801*, at 12 (1896) | https://heinonline.org/HOL/Page?collection=sstatutes&handle=hein.sstatutes/statspa0002&id=16&men_tab=srchresults |
| 1705 | Pa. | 2 *The Statutes at Large of Pennsylvania from 1682 to 1801*, at 178 (1896) | https://heinonline.org/HOL/Page?collection=sstatutes&handle=hein.sstatutes/statspa0002&type=Image&id=182 |

| | | | |
|---|---|---|---|
| 1715 | Md. | 1 *The Laws of Maryland, With The Charter, The Bill of Rights, The Constitution of The State, and Its Alterations, The Declaration Of Independence, And The Constitution Of The United States, And Its Amendments* 79 (1811) | https://go.gale.com/ps/i.do?p=GDCS&u=wash50473&id=GALE\|DT0103667334&v=2.1&it=r&sid=bookmarkGDCS&sPage=83&asid=4975a4cc |
| 1743 | R.I. | *Acts and Laws of The English Colony of Rhode Island and Providence-Plantations in New-England in America* 33-34 (1767) | https://link.gale.com/apps/doc/DT0103943557/GDCS?u=wash50473&sid=bookmark-GDCS&xid=f935b627&pg=94 |
| 1750 | Mass. | 3 *Acts and Resolves, Public and Private, of the Province of the Massachusetts Bay* 545 (1878) | https://heinonline.org/HOL/Page?collection=sstatutes&handle=hein.sstatutes/actresp0003&id=545&men_tab=srchresults |
| 1776-78 | Md. | *A Digest of the Laws of Maryland* 255-56 (1799) | https://heinonline.org/HOL/Page?handle=hein.sstatutes/dlmarba0001&id=259&collection=ssl |
| 1777 | Va. | 9 *The Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature* 302 (1821) | https://heinonline.org/HOL/Page?handle=hein.ssl/slrgvir0009&id=302&collection=ssl |
| 1786 | N.Y. | 2 *Laws of the State of New York Passed at the Sessions of the Legislature (1785-1788)*, at 260-61 (1886) | https://heinonline.org/HOL/Page?handle=hein.newyork/lwnysleg0002&id=264&collection=newyork |
| 1788 | N.Y. | 2 *Laws of the State of New York Passed at the Sessions of the Legislature (1785-1788)*, at 664-66 (1886) | https://heinonline.org/HOL/Page?handle=hein.newyork/lwnysleg0002&id=668&collection=newyork |
| 1790 | Federal | An Act for the Punishment of Certain Crimes Against the United States, 1 Stat. 112-15 (1790) | https://heinonline.org/HOL/Page?handle=hein.statute/sal001&id=234&collection=ssl |