IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                    )
                                             )
            Plaintiff,                       )
                                             )
      vs.                                    )         No. 23-158
                                             )
DEVON FREEMAN,                               )         Honorable Robert Gettleman,
                                             )         Judge Presiding.
            Defendant.                       )


**DEFENDANT'S EXHIBIT A**

**SAID EXHIBIT IS THE GOVERNMENT'S
EXHIBIT B ("TABLE OF STATUTES AND SOURCES")
ORIGINALLY FILED AS DOCKET 32 EXCEPT
WITH GOVERNMENT PROVIDED BATES STAMP MARKINGS**