IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 23-158 |
| DEVON FREEMAN, | ) ) ) | Honorable Robert Gettleman, Judge Presiding. |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

To: Megan Donohue
AUSA
219 South Dearborn
Chicago, IL 60604

    Donna Hickstein-Foley, an attorney, certifies she electronically served the aforementioned party with Defendant's Reply to Reconsideration Motion on Friday, August 18, 2023 before the hour of 1 p.m.

                                                 Ss//Donna Hickstein-Foley
                                                 Attorney for the Defendant

9644 South Hamilton
Chicago, IL 60643-1631
773 881 3800