IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23 CR 158 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| DEVON FREEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the court's opinion entered 11/07/2023 [41], dismissing the

indictment, Defendant Devon Freeman is ordered to be released immediately.


**ENTER:**


**Robert W. Gettleman**
**United States District Judge**

**DATE: November 8, 2023**