UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 CR 158 |
| v. | |
| DEVON FREEMAN | Judge Robert W. Gettleman |

## NOTICE OF APPEAL

Notice is hereby given that the UNITED STATES OF AMERICA appeals

to the United States Court of Appeals for the Seventh Circuit from this Court's

order dated November 7, 2023, which was entered on the docket on November

7, 2023.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

/s/ *Megan E. Donohue*
GEORGIA N. ALEXAKIS
MEGAN E. DONOHUE
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Date: November 9, 2023

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorneys hereby certify that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Notice of Appeal was served, pursuant to the district court's ECF system, to opposing counsel of record.

By: /s/ *Megan E. Donohue*
GEORGIA N. ALEXAKIS
MEGAN E. DONOHUE
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Date: November 9, 2023