UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVON FREEMAN | No. 23 CR 158<br><br>Judge Robert W. Gettleman |

## DOCKETING STATEMENT

The UNITED STATES OF AMERICA, pursuant to Circuit Rule 3(c), hereby submits the following Docketing Statement contemporaneous with the filing of its Notice of Appeal in the above-captioned case.

Defendant Devon Freeman was charged in a one-count indictment with unlawful possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). R. 1.[1] Defendant moved to dismiss the indictment (R. 27), and on June 1, 2023, this court denied the motion to dismiss (R. 30). Defendant then moved to reconsider (R. 32), and on November 7, 2023, this court granted the motion to reconsider and dismissed the indictment (R. 41).

The United States has timely filed its Notice of Appeal on November 9, 2023, within 30 days after entry of the order. The district court's order being appealed was entered on the district court docket on November 7, 2023. R. 41.

---

[1] Citations to the Original Electronic Record on Appeal are designated as "R." followed by the document number.

The district court had jurisdiction pursuant to 18 U.S.C. § 3231. Jurisdiction in the Court of Appeals is provided by 28 U.S.C. § 1291.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

/s/ *Megan E. Donohue*
GEORGIA N. ALEXAKIS
MEGAN E. DONOHUE
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Date: November 9, 2023

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorneys hereby certify that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Docketing Statement was served, pursuant to the district court's ECF system, to opposing counsel of record.

                                          By:    /s/ *Megan E. Donohue*
                                                          GEORGIA N. ALEXAKIS
                                                           MEGAN E. DONOHUE
                                                           Assistant U.S. Attorneys
                                                          219 South Dearborn St., Rm. 500
                                                          Chicago, Illinois 60604
                                                          (312) 353-5300

Date: November 9, 2023